NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

GPX INTERNATIONAL TIRE CORPORATION AND
HEBEI STARBRIGHT TIRE CO., LTD.,
*Plaintiffs-Appellees,*

and

TIANJIN UNITED TIRE & RUBBER
INTERNATIONAL CO., LTD.,
*Plaintiff-Appellee,*

v.

UNITED STATES,
*Defendant-Appellant,*

and

TITAN TIRE CORPORATION AND UNITED STEEL,
PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION, AFL-CIO-CLC,
*Defendants-Appellants,*

and

BRIDGESTONE AMERICAS, INC. AND
BRIDGESTONE AMERICAS TIRE OPERATIONS,
LLC,
*Defendants-Appellants.*

_____

2011-1107, -1108, -1109

Appeals from the United States Court of International Trade in consolidated case no. 08-CV-0285, Judge Jane A. Restani.

### ON MOTION

### ORDER

Upon consideration of Plaintiff-Appellee Tianjin United Tire & Rubber International Co., Inc.'s motion for alignment of briefing schedule,

IT IS ORDERED THAT:

The motion is granted. All appellees' briefs are due in accordance with the date in this court's March 10, 2011 order.

FOR THE COURT

**MAY 1 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan H. Price, Esq.
Wesley K. Caine, Esq.
Kathleen W. Cannon, Esq.
Joseph W. Dorn, Esq.
Roger B. Schagrin, Esq.
Daniel L. Porter, Esq.
Francis J. Sailer, Esq.
Michael D. Panzera, Esq.
Jeffrey D. Gerrish, Esq.
s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2011

JAN HORBALY
CLERK